■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNELL L. PINKARD, Appellant. [803 NYS2d 484]—Appeal from a

judgment of the Genesee County Court (Robert C. Noonan, J.), rendered August 16, 2001. The judgment convicted defendant, upon a jury verdict, of burglary in the second degree, grand larceny in the third degree, attempted assault in the first degree and attempted aggravated assault on a police officer.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant was convicted, following a jury trial, of burglary in the second degree (Penal Law § 140.25 [1] [c]), grand larceny in the third degree (§ 155.35), attempted assault in the first degree (§§ 110.00, 120.10 [1]) and attempted aggravated assault on a police officer (§§ 110.00, 120.11). Defendant failed to preserve for our review his contention concerning the alleged legal insufficiency of the evidence with respect to the conviction of grand larceny (*see People v Gray*, 86 NY2d 10, 19 [1995]), and we conclude with respect to the remaining counts that the conviction is supported by legally sufficient evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Also contrary to defendant's contentions, the verdict is not against the weight of the evidence (*see generally id.*), and the sentence is not unduly harsh or severe. We have reviewed defendant's remaining contention and conclude that it is without merit. Present—Kehoe, J.P., Martoche, Pine, Lawton and Hayes, JJ.